IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DAVID EDWARD CHUTE, et al.           )
                                      )
v.                                    ) NO. 3-12-1105
                                      ) JUDGE CAMPBELL
MARK OLSON, et al.                    )

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 87) and Objections filed by the Plaintiffs (Docket Nos. 88, 89 and 90).

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Objections, and the file. The Objections of the Plaintiffs are overruled, and the Report and Recommendation is adopted and approved. To the extent any of Plaintiff's claims are not barred by the *Rooker-Feldman* Doctrine, the claims fail to state claims for which relief may be granted.

Accordingly, Defendants' Motions to Dismiss (Docket Nos. 27 and 28) are GRANTED, and this action is DISMISSED. Any other pending Motions are DENIED as moot, and the Clerk is directed to close the file. The bench trial set for December 17, 2013, and the pretrial conference set for December 9, 2013, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE